# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**HENRY ANTHONY WASHINGTON BROWN,**

    **Plaintiff,**

v.                                      Case No. 4:21-cv-204-AW-MAF

**LEON COUNTY DETENTION CENTER,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's June 25, 2021 report and recommendation, ECF No. 5, to which there has been no objection. Having considered the matter, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "Plaintiff's complaint is dismissed (i) as an impermissible shogun pleading, (ii) because it fails to state a claim, and (iii) because Plaintiff has abandoned the case and failed to comply with a court order." The clerk will then close the file.

SO ORDERED on July 27, 2021.

                                              s/ *Allen Winsor*
                                              United States District Judge